WILSHIRE LAW FIRM
Thiago Coelho, SBN 324715
thiago@wilshirelawfirm.com
3055 Wilshire Blvd., 12th Floor
Los Angeles, CA 90010
Tel:   213.381.9988
Fax:   213.381.9989

Attorneys for Plaintiff
FLOR JIMENEZ

MORGAN, LEWIS & BOCKIUS LLP
Kathy H. Gao, SBN 259019
kathy.gao@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA  90071-3132
Tel:   +1.213.612.2500
Fax:   +1.213.612.2501

Attorneys for Defendant
RICHEMONT NORTH AMERICA, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOR JIMENEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>RICHEMONT NORTH AMERICA, INC. d/b/a MONTBLANC, a Delaware corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. 2:21-cv-01031-JAM-JDP<br><br>**JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT RICHEMONT NORTH AMERICA, INC. TO RESPOND TO PLAINTIFF FLOR JIMENEZ'S INITIAL COMPLAINT**<br><br>Complaint Served:  June 18, 2021<br>Current Response Date:  September 14, 2021<br>New Response Date: October 14, 2021 |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

JOINT STIPULATION TO EXTEND TIME
TO RESPOND TO INITIAL COMPLAINT
2:21-CV-01031-JAM-JDP

DB1/ 124326842.1

1  WHEREAS, Plaintiff Flor Jimenez ("Plaintiff") filed her Complaint on June 10, 2021;

2  WHEREAS, Defendant Richemont North America, Inc. ("Defendant") (Plaintiff and Defendant collectively referred to as the "Parties") was served through waiver of service on June 18, 2021;

3  WHEREAS, through the Parties' prior stipulation, Defendant's current responsive pleading deadline is September 14, 2021;

4  WHEREAS, the Parties are in the process of discussing potential informal resolution of this matter including exchanging informal discovery, and would like additional time to continue these discussions; and

5  WHEREAS, the Parties' respective counsel have met and conferred and stipulated to a 30-day extension of time for Defendant to respond to Plaintiff's Complaint.

6  THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and through the Parties' respective counsel as follows:

Defendant's deadline to file a responsive pleading to Plaintiff's Complaint shall be extended by 30 calendar days to October 14, 2021.

Dated:  September 14, 2021            CENTER FOR DISABILITY ACCESS

                                      By    /s/ Thiago Coelho
                                         Thiago Coelho
                                         Attorney for Plaintiff
                                         FLOR JIMENEZ

Dated:  September 14, 2021            MORGAN, LEWIS & BOCKIUS LLP

                                      By    /s/ Kathy H. Gao
                                         KATHY H. GAO
                                         Attorney for Defendant
                                         RICHEMONT NORTH AMERICA, INC.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB1/ 124326842.1

1

JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT
2:21-CV-01031-JAM-JDP

## SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated: September 14, 2021          MORGAN, LEWIS & BOCKIUS LLP

By  /s/ *Kathy H. Gao*
KATHY H. GAO
Attorney for Defendant
RICHEMONT NORTH AMERICA, INC.

## ORDER

After considering the Parties' stipulation and good cause appearing, IT IS HEREBY ORDERED that: Defendant's deadline to respond to Plaintiff's Complaint shall be extended to October 14, 2021.

**IT IS SO ORDERED.**

Dated: September 15, 2021          /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB1/ 124326842.1

2

JOINT STIPULATION TO EXTEND TIME
TO RESPOND TO INITIAL COMPLAINT
2:21-CV-01031-JAM-JDP