WILSHIRE LAW FIRM
Thiago Coelho, SBN 324715
thiago@wilshirelawfirm.com
3055 Wilshire Blvd., 12th Floor
Los Angeles, CA 90010
Tel:    +1.213.381.9988
Fax:   +1.213.381.9989

Attorneys for Plaintiff
FLOR JIMENEZ

MORGAN, LEWIS & BOCKIUS LLP
Kathy H. Gao, SBN 259019
kathy.gao@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel:    +1.213.612.2500
Fax:   +1.213.612.2501

Attorneys for Defendant
RICHEMONT NORTH AMERICA, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOR JIMENEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>RICHEMONT NORTH AMERICA, INC. d/b/a MONTBLANC, a Delaware corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. 2:21-cv-01031-JAM-JDP<br><br>**JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT RICHEMONT NORTH AMERICA, INC. TO RESPOND TO PLAINTIFF FLOR JIMENEZ'S INITIAL COMPLAINT**<br><br>Complaint Served: June 18, 2021<br>Current Response Date: October 14, 2021<br>New Response Date: November 15, 2021 |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

JOINT STIPULATION TO EXTEND TIME
TO RESPOND TO INITIAL COMPLAINT
2:21-CV-01031-JAM-JDP

DB1/ 124955458.1

1    WHEREAS, Plaintiff Flor Jimenez ("Plaintiff") filed her Complaint on June 10, 2021;

2    WHEREAS, Defendant Richemont North America, Inc. ("Defendant") (Plaintiff and Defendant collectively referred to as the "Parties") was served through waiver of service on June 18, 2021;

3    WHEREAS, through the Parties' prior stipulation, Defendant's current responsive pleading deadline is October 14, 2021;

4    WHEREAS, Defendant is still in the process of assessing Plaintiff's allegations which is a time-consuming process given the highly technical nature of the allegations.  Defendant will need more time to continue its assessment of Plaintiff's allegations including discussions with individuals who are responsible for the programming and content of its website;

5    WHEREAS, the Parties also are in the process of discussing potential informal resolution of this matter including exchanging informal discovery, and would like additional time to continue these discussions; and

6    WHEREAS, the Parties' respective counsel have met and conferred and stipulated to a 30-day extension of time for Defendant to respond to Plaintiff's Complaint.  Good cause exists for the requested extension because successfully resolving this matter at the pleading stage promotes judicial economy by allowing the Court to focus its scarce resources on other matters.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and through the Parties' respective counsel as follows:

Defendant's deadline to file a responsive pleading to Plaintiff's Complaint shall be extended by 30 calendar days (continued to the first non-holiday weekday), to November 15, 2021.

Dated:  October 14, 2021        CENTER FOR DISABILITY ACCESS

                                By    /s/ Thiago Coelho
                                      Thiago Coelho
                                      Attorney for Plaintiff
                                      FLOR JIMENEZ

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB1/ 124955458.1

1

JOINT STIPULATION TO EXTEND TIME
TO RESPOND TO INITIAL COMPLAINT
2:21-CV-01031-JAM-JDP

Dated: October 14, 2021          MORGAN, LEWIS & BOCKIUS LLP

By   */s/ Kathy H. Gao*
KATHY H. GAO
Attorney for Defendant
RICHEMONT NORTH AMERICA, INC.

### SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated: October 14, 2021          MORGAN, LEWIS & BOCKIUS LLP

By   */s/ Kathy H. Gao*
KATHY H. GAO
Attorney for Defendant
RICHEMONT NORTH AMERICA, INC.

### ORDER

After considering the Parties' stipulation and good cause appearing, IT IS HEREBY ORDERED that: Defendant's deadline to respond to Plaintiff's Complaint shall be extended to November 15, 2021.

**IT IS SO ORDERED.**

Dated: October 14, 2021          /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB1/ 124955458.1

2

JOINT STIPULATION TO EXTEND TIME
TO RESPOND TO INITIAL COMPLAINT
2:21-CV-01031-JAM-JDP