1  WILSHIRE LAW FIRM
   Thiago Coelho, SBN 324715
2  thiago@wilshirelawfirm.com
   3055 Wilshire Blvd., 12th Floor
3  Los Angeles, CA 90010
   Tel:   +1.213.381.9988
4  Fax:   +1.213.381.9989

5  Attorneys for Plaintiff
   FLOR JIMENEZ
6

7  MORGAN, LEWIS & BOCKIUS LLP
   Kathy H. Gao, SBN 259019
8  kathy.gao@morganlewis.com
   300 South Grand Avenue
9  Twenty-Second Floor
   Los Angeles, CA  90071-3132
10 Tel:   +1.213.612.2500
   Fax:   +1.213.612.2501

11 Attorneys for Defendant
   RICHEMONT NORTH AMERICA, INC.
12

13                      UNITED STATES DISTRICT COURT

14                      EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOR JIMENEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>RICHEMONT NORTH AMERICA, INC. d/b/a MONTBLANC, a Delaware corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. 2:21-cv-01031-JAM-JDP<br><br>**JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT RICHEMONT NORTH AMERICA, INC. TO RESPOND TO PLAINTIFF FLOR JIMENEZ'S INITIAL COMPLAINT**<br><br>Complaint Served:  June 18, 2021<br>Current Response Date:  November 15, 2021<br>New Response Date: December 15, 2021 |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB1/ 125664375.1

JOINT STIPULATION TO EXTEND TIME
TO RESPOND TO INITIAL COMPLAINT
2:21-CV-01031-JAM-JDP

1   WHEREAS, Plaintiff Flor Jimenez ("Plaintiff") filed her Complaint on June 10, 2021;

2   WHEREAS, Defendant Richemont North America, Inc. ("Defendant") (Plaintiff and
3 Defendant collectively referred to as the "Parties") was served through waiver of service on June
4 18, 2021;

5   WHEREAS, through the Parties' prior stipulation, Defendant's current responsive
6 pleading deadline is November 15, 2021;

7   WHEREAS, Defendant is still in the process of assessing Plaintiff's allegations which is a
8 time-consuming process given the highly technical nature of the allegations.  Defendant will need
9 more time to continue its assessment of Plaintiff's allegations including discussions with
10 individuals who are responsible for the programming and content of its website;

11   WHEREAS, the Parties also are in the process of discussing potential informal resolution
12 of this matter including exchanging informal discovery, and would like additional time to
13 continue these discussions; and

14   WHEREAS, the Parties' respective counsel have met and conferred and stipulated to a 30-
15 day extension of time for Defendant to respond to Plaintiff's Complaint.  Good cause exists for
16 the requested extension because successfully resolving this matter at the pleading stage promotes
17 judicial economy by allowing the Court to focus its scarce resources on other matters.

18   THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and through the
19 Parties' respective counsel as follows:

20   Defendant's deadline to file a responsive pleading to Plaintiff's Complaint shall be
21 extended to December 15, 2021.

22   Dated:  November 12, 2021         CENTER FOR DISABILITY ACCESS

23                                     By     /s/ Thiago Coelho
                                              Thiago Coelho
24                                            Attorney for Plaintiff
                                              FLOR JIMENEZ
25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB1/ 125664375.1

1

JOINT STIPULATION TO EXTEND TIME
TO RESPOND TO INITIAL COMPLAINT
2:21-CV-01031-JAM-JDP

Dated: November 12, 2021                MORGAN, LEWIS & BOCKIUS LLP

By   */s/ Kathy H. Gao*
KATHY H. GAO
Attorney for Defendant
RICHEMONT NORTH AMERICA, INC.

### SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated: November 12, 2021                MORGAN, LEWIS & BOCKIUS LLP

By   */s/ Kathy H. Gao*
KATHY H. GAO
Attorney for Defendant
RICHEMONT NORTH AMERICA, INC.

### ORDER

After considering the Parties' stipulation and good cause appearing, IT IS HEREBY ORDERED that: Defendant's deadline to respond to Plaintiff's Complaint shall be extended to December 15, 2021.

**IT IS SO ORDERED.**

Dated: November 12, 2021                /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

Morgan, Lewis &
Bockius LLP
Attorneys at Law
Los Angeles

DB1/ 125664375.1

2

JOINT STIPULATION TO EXTEND TIME
TO RESPOND TO INITIAL COMPLAINT
2:21-CV-01031-JAM-JDP