# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOR JIMENEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RICHEMONT NORTH AMERICA, INC. d/b/a MONTBLANC, a Delaware corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. 2:21-cv-01031-JAM-JDP<br><br>**ORDER CONTINUING DEADLINE TO FILE DISPOSITIONAL DOCUMENTS** |

**IT IS HEREBY ORDERED THAT,**

1) The deadline to file dispositional documents currently scheduled for April 15, 2022, is hereby continued to May 16, 2022.

**IT IS SO ORDERED.**

DATED: April 15, 2022         /s/ John A. Mendez
                              THE HONORABLE JOHN A. MENDEZ
                              UNITED STATES DISTRICT COURT JUDGE

1
ORDER