Thiago M. Coelho, SBN 324715
thiago@wilshirelawfirm.com
Carolin K. Shinning, SBN 201140
cshining@wilshirelawfirm.com
WILSHIRE LAW FIRM, PLC
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989
*Attorneys for Plaintiff and Proposed Class*

MORGAN, LEWIS & BROCKIUS LLP
Kathy H. Gao, SBN 259019
kathy.gao@morganlewis.com
300 S. Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Telephone: (213) 612-2500
Facsimile: (213) 612-2501
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOR JIMENEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RICHEMONT NORTH AMERICA, INC. d/b/a MONTBLANC, a Delaware corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-01031-JAM-JDP<br><br>*Hon. Judge John A. Mendez*<br><br>**JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE PURSUANT TO F.R.C.P. RULE 41(A); ORDER**<br><br>Action Filed: June 10, 2021<br>Trial Date:   None Set |

JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Flor Jimenez and Defendant Richemont North America, Inc., stipulate and jointly request that this Court enter a dismissal of the claims in the above-captioned case in its entirety with prejudice as to Plaintiff and without prejudice as to the claims of absent putative class members in the above-entitled action. Each party shall bear her or its own fees and costs.

Dated: March 28, 2023  **WILSHIRE LAW FIRM, PLC**

*/s/ Carolin K. Shinning*
Thiago M. Coelho, Esq.
Carolin K. Shinning, Esq.
*Attorneys for Plaintiff and Proposed Class*

Dated: March 28, 2023  **MORGAN, LEWIS & BROCKIUS LLP**

*/s/ Kathy H. Gao*
Kathy H. Gao, Esq.
*Attorneys for Defendant*

### SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this joint stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated: March 28, 2023  **WILSHIRE LAW FIRM, PLC**

*/s/ Carolin K. Shinning*
Carolin K. Shinning
*Attorneys for Plaintiff and Proposed Class*

**ORDER**

IT IS HEREBY ORDERED THAT, good cause showing, Plaintiff Flor Jimenez and Defendant Richemont North America, Inc.'s joint request that this Court enter a dismissal of the claims in the above-captioned case in its entirety with prejudice as to Plaintiff and without prejudice as to the claims of absent putative class members, is **GRANTED** in full. Each party shall bear her or its own fees and costs.

**IT IS SO ORDERED.**

Dated: April 06, 2023            /s/ John A. Mendez
                                 THE HONORABLE JOHN A. MENDEZ
                                 SENIOR UNITED STATES DISTRICT JUDGE